BETSY RITCHIE ARON, Respondent, v. HAROLD GUTHRIE ARON, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

HANCOCK COMPANY, INC., Appellant, v. HOME INSURANCE COMPANY and Others, Respondents.— Orders and judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

WESSEL, DUVAL & CO., INC., Respondent, v. L. N. JACKSON & CO., INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH WEISEMAN, Appellant.— Judgment affirmed. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.; Glennon and Cohn, JJ., dissent and vote to reverse and dismiss the indictment upon the ground that the guilt of the defendant was not established.

HENRIETTA LIPSCHUTZ, Also Known as HENRIETTA LEIF, Respondent, v. JACOB LIPSCHUTZ, Also Known as JACK LEIF, Appellant.— Judgment unanimously modified by reducing the allowance to the sum of twenty-five dollars a month, and, as so modified, affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

LONDON TERRACE, INC., Respondent, v. LONDON TERRACE GARAGE, INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within ten days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

ERNEST A. ARNOLD and Others, Respondents, v. GENERAL FOODS CORPORATION, a Foreign Corporation, and Another, Defendants, Impleaded with BENTON & BOWLES, INC., a Domestic Corporation, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant-appellant to answer within twenty days after service of order upon payment of said costs, and the ten dollars motion costs awarded at Special Term. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

DONALD BICKNELL, Receiver of the BANK OF SAGINAW, Appellant, v. CENTRAL HANOVER BANK AND TRUST COMPANY, as Trustee for GARDNER GROUT ROSE, Respondent.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ. [169 Misc. 7.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH GOLDBERG and JOSEPH LIPSIUS, Alias JOSEPH LIPSCHITZ, Appellants.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.